UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE GABRIEL GUTIERREZ-RAMIREZ a/k/a JOSE GUADALUPE LOPEZ RAMIREZ (CDCR # G-58209),<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent.<br>_____/ | No. C-13-4099 EMC (pr)<br><br>**ORDER OF TRANSFER** |

    Petitioner has filed a petition for writ of habeas corpus to challenge his conviction from the Los Angeles County Superior Court. Los Angeles County lies within the venue of the Central District of California. Petitioner is confined at the Correctional Training Facility in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). The preferred venue here is the Central District of California because Petitioner was convicted and the sentence was imposed in that district. Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

Dated: September 16, 2013

                                                  EDWARD M. CHEN
                                                United States District Judge